

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-19-00401-CR

## IN RE FELMON LAKEITH LAURY

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's Petition for Writ of Mandamus is denied.[1]

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Pet. denied
Opinion delivered and filed November 20, 2019
Do not publish
[OT06]

---

[1] For a discussion of some of the post-conviction history of Laury's efforts to appeal his conviction and circumvent the article 11.07 writ process, *see Laury v. State*, No. 11-10-00317-CR, 2012 Tex. App. LEXIS 2313 (Tex. App.—Eastland Mar. 22, 2012, no pet.) (not designated for publication) and *Ex parte Laury*, No. 10-18-00030-CR, 2018 Tex. App. LEXIS 1271 (Tex. App.—Waco Feb. 14, 2018, orig. proceeding) (not designated for publication).